UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MOUNTAIN RIDGE DEVELOPMENT, LLC, and
THE JARMISON GROUP OF NEW YORK, LLC          **RULE 7.1 STATEMENT**

                         Plaintiffs,

    -against-
                                                Case No.: 07 Civ. 11503
STEVENSON MILLWORK, INC. and STEVENSON  (KMK)(LMS)
LUMBER COMPANY-NEWBURGH, INC.,

                        Defendant.

-----------------------------------------------------------------X

    Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Stevenson Millwork, Inc. and Stevenson Lumber Company-Newburgh, Inc. (private, non-governmental parties), certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held:

    None.


Dated: White Plains, New York
         December 26, 2007


                                      WELBY, BRADY & GREENBLATT, LLP


                         By:_____/s_____
                              Thomas S. Tripodianos (TST-0048)
                              Attorneys for Defendants
                              Stevenson Millwork, Inc.
                              Stevenson Lumber Company-Newburgh, Inc.
                              11 Martine Avenue
                              White Plains, New York 10606
                              (914) 428-2100