AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

MOUNTAIN RIDGE DEVELOPMENT, LLC, and THE JARMISON GROUP OF NEW YORK, LLC,
    Plaintiffs,
v.
STEVENSON MILLWORK, INC. and STEVENSON LUMBER COMPANY-NEWBURGH, INC.,
    Defendants,
----------------------------------------x
STEVENSON MILLWORK, INC., STEVENSON LUMBER COMPANY-NEWBURGH, INC., on behalf of themselves and of all persons entitled to share in the funds received by Mountain Ridge Development, LLC and the Jarmison Entities in connection with a project known as the Highland Manor Townhouses, Newburg, NY, and TRUSS-TECH, INC.,
    Third-Party Plaintiffs,
v.
MOUNTAIN RIDGE DEVELOPMENT, LLC, JARMISON GROUP OF NEW YORK, LLC, THE JARMISON GROUP, INC., JARMISON GROUP OF PA, LLC, TEICHER ORGANIZATION AT LEHMAN'S POINTE, LLC, TEICHER ORGANIZATION AT PINECREST LAKE, LLC, and NORMA TEICHER, and "JOHN DOE 1" through "JOHN DOE 10", fictitious names, parties being intended being liable for the diversion of trust funds pursuant to Article 3-A of the Lien Law of the State of New York in connection with a project known as the Highland Manor Townhouses, Newburgh, NY,
    Third-Party Defendants.
----------------------------------------x

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number:

**'07 CIV 11503**

TO: Names and addresses of third-party defendants are attached.

**YOU ARE HEREBY SUMMONED** and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

  David M. Saltzman, Esq.
  758 State Highway 18
  Suite 103
  East Brunswick, New Jersey 08816

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

  Thomas S. Tripodianos
  Welby, Brady & Greenblatt, LLP
  11 Martine Avenue, Penthouse
  White Plains, New York 10606

an answer to the third-party complaint which is served on you with this summons, within ___30___ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(By) DEPUTY CLERK

JAN 0 7 2008

DATE

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              *Date*                    *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Names and Addresses of Third-Party Defendants:

MOUNTAIN RIDGE DEVELOPMENT, LLC
758 State Highway 18, Suite 103
East Brunswick, New Jersey 08816

JARMISON GROUP OF NEW YORK, LLC
758 State Highway 18, Suite 103
East Brunwick, New Jersey 08816

THE JARMISON GROUP, INC.
758 State Highway 18, Suite 103
East Brunswick, New Jersey 08816

JARMISON GROUP OF PA, LLC
758 State Highway 18, Suite 103
East Brunswick, New Jersey 08816

TEICHER ORGANIZATION AT LEHMAN'S POINTE, LLC
758 State Highway 18, Suite 103
East Brunswick, New Jersey 08816

TEICHER ORGANIZATION AT PINECREST LAKE, LLC
758 State Highway 18, Suite 103
East Brunswick, New Jersey 08816

NORMA TEICHER
758 State Highway 18, Suite 103
East Brunswick, New Jersey 08816

AO 440 (Rev. 10/93) Summons in a Civil Action        **RETURN OF SERVICE**

SERVICE OF: **THIRD PARTY SUMMONS, THIRD PARTY COMPLAINT, S.D. OF NY'S PROCEDURES FOR ELECTRONIC CASE FILING, GUIDELINES FOR ELECTRONIC CASE FILING, 3RD AMENDED INSTRUCTIONS FOR FILING AND ELECTRONIC CASE OR APPEAL URLES OF PRACTICE BEFORE JUDGE KENNETH M. KARAS**

EFFECTED (1) BY ME: GEORGE GENCARELLI
TITLE: PROCESS SERVER           DATE: 01/08/2008 01:48PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

MOUNTAIN RIDGE DEVELOPMENT, LLC.

Place where served:

758 STATE HWY. 18 SUITE 103 EAST BRUNSWICK TWP. NJ 08816

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

KSATHY BERARDI

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: F   AGE: 21-35   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BLONDE   OTHER: ____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.___        SERVICES $ ____.___        TOTAL $ ____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 01 / 08 / 2008

_____ L.S.
SIGNATURE OF GEORGE GENCARELLI
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: MICHAEL R. WOOD, ESQ.
PLAINTIFF: MOUNTAIN RIDGE DEVELOPMENT, LLC., ET AL
DEFENDANT: STEVENSON MILLWORK, INC., E T AL
VENUE: DISTRICT OF NY
DOCKET: 07 CV 11503

01-08-08
J. S. Velez

JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **THIRD PARTY SUMMONS, THIRD PARTY COMPLAINT, S.D. OF NY'S PROCEDURES FOR ELECTRONIC CASE FILING, GUIDELINES FOR ELECTRONIC CASE FILING, 3RD AMENDED INSTRUCTIONS FOR FILING AND ELECTRONIC CASE OR APPEAL URLES OF PRACTICE BEFORE JUDGE KENNETH M. KARAS** |
| EFFECTED (1) BY ME: | **GEORGE GENCARELLI** |
| TITLE: | **PROCESS SERVER**    DATE: **01/08/2008  01:49PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

JARMISON GROUP OF NY, LLC.

Place where served:

758 STATE HWY. 18  SUITE 103 EAST BRUNSWICK TWP. NJ 08816

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

KSATHY BERARDI

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: F___ AGE: 21-35__ HEIGHT: 5'4"-5'8"___ WEIGHT: 131-160 LBS.___ SKIN: WHITE___ HAIR: BLONDE_ OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___         SERVICES $ _____.___         TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 01 / 08 / 20 08                    _____ L.S.
                                         SIGNATURE OF GEORGE GENCARELLI
                                         GUARANTEED SUBPOENA SERVICE, INC.
                                         2009 MORRIS AVENUE
                                         UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | MICHAEL R. WOOD, ESQ. |
| PLAINTIFF: | MOUNTAIN RIDGE DEVELOPMENT, LLC., ET AL |
| DEFENDANT: | STEVENSON MILLWORK, INC.,E T AL |
| VENUE: | DISTRICT OF NY |
| DOCKET: | 07 CV 11503 |

01-08-08

*J. S. Velez*

JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

SERVICE OF: **THIRD PARTY SUMMONS, THIRD PARTY COMPLAINT, S.D. OF NY'S PROCEDURES FOR ELECTRONIC CASE FILING, GUIDELINES FOR ELECTRONIC CASE FILING, 3RD AMENDED INSTRUCTIONS FOR FILING AND ELECTRONIC CASE OR APPEAL URLES OF PRACTICE BEFORE JUDGE KENNETH M. KARAS**

EFFECTED (1) BY ME: **GEORGE GENCARELLI**
TITLE: **PROCESS SERVER**   DATE: **01/08/2008  01:50PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

THE JARMISON GROUP, INC.

Place where served:

758 STATE HWY. 18, SUITE 103  EAST BRUNSWICK TWP. NJ 08816

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

KSATHY BERARDI

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: F   AGE: 21-35   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BLONDE   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ ____.__     SERVICES $ ____.__     TOTAL $ ____.__

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 01/08/2008

SIGNATURE OF GEORGE GENCARELLI  L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: MICHAEL R. WOOD, ESQ.
PLAINTIFF: MOUNTAIN RIDGE DEVELOPMENT, LLC., ET AL
DEFENDANT: STEVENSON MILLWORK, INC., E T AL
VENUE: DISTRICT OF NY
DOCKET: 07 CV 11503

01-08-08

JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|

| SERVICE OF: | **THIRD PARTY SUMMONS, THIRD PARTY COMPLAINT, S.D. OF NY'S PROCEDURES FOR ELECTRONIC CASE FILING, GUIDELINES FOR ELECTRONIC CASE FILING, 3RD AMENDED INSTRUCTIONS FOR FILING AND ELECTRONIC CASE OR APPEAL URLES OF PRACTICE BEFORE JUDGE KENNETH M. KARAS** |
|---|---|
| EFFECTED (1) BY ME: | **GEORGE GENCARELLI** |
| TITLE: | **PROCESS SERVER**            DATE: **01/08/2008   01:51PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

JARMISON GROUP OF PA, LLC.

Place where served:

758 STATE HWY. 18, SUITE 103   EAST BRUNSWICK TWP. NJ 08816

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

KSATHY BERARDI

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: F   AGE: 21-35   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BLONDE   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

### STATEMENT OF SERVER

TRAVEL $ ____.___         SERVICES $ ____.___         TOTAL $ ____.___

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 01 / 08 / 20 08      _____ L.S.
SIGNATURE OF GEORGE GENCARELLI
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| ATTORNEY: | MICHAEL R. WOOD, ESQ. |
|---|---|
| PLAINTIFF: | MOUNTAIN RIDGE DEVELOPMENT, LLC., ET AL |
| DEFENDANT: | STEVENSON MILLWORK, INC., E T AL |
| VENUE: | DISTRICT OF NY |
| DOCKET: | 07 CV 11503 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

01-08-08
J. Velez

JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

S R

AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE**

SERVICE OF: **THIRD PARTY SUMMONS, THIRD PARTY COMPLAINT, S.D. OF NY'S PROCEDURES FOR ELECTRONIC CASE FILING, GUIDELINES FOR ELECTRONIC CASE FILING, 3RD AMENDED INSTRUCTIONS FOR FILING AND ELECTRONIC CASE OR APPEAL URLES OF PRACTICE BEFORE JUDGE KENNETH M. KARAS**
EFFECTED (1) BY ME: **GEORGE GENCARELLI**
TITLE: **PROCESS SERVER**    DATE: **01/08/2008 01:52PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

TEICHER ORGANIZATION AT LEHMAN'S POINTE, LLC.

Place where served:

758 STATE HWY. 18, SUITE 103  EAST BRUNSWICK TWP. NJ 08816

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

KATHY BERARDI

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: F   AGE: 21-35   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BLONDE   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ .___    SERVICES $ _____ .___    TOTAL $ _____ .___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 01 / 08 / 2008

SIGNATURE OF GEORGE GENCARELLI
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

01-08-08
J. S. Velez
JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

ATTORNEY: MICHAEL R. WOOD, ESQ.
PLAINTIFF: MOUNTAIN RIDGE DEVELOPMENT, LLC., ET AL
DEFENDANT: STEVENSON MILLWORK, INC.,E T AL
VENUE: DISTRICT OF NY
DOCKET: 07 CV 11503

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |

SERVICE OF: **THIRD PARTY SUMMONS, THIRD PARTY COMPLAINT, S.D. OF NY'S PROCEDURES FOR ELECTRONIC CASE FILING, GUIDELINES FOR ELECTRONIC CASE FILING, 3RD AMENDED INSTRUCTIONS FOR FILING AND ELECTRONIC CASE OR APPEAL URLES OF PRACTICE BEFORE JUDGE KENNETH M. KARAS**
EFFECTED (1) BY ME: **GEORGE GENCARELLI**
TITLE: **PROCESS SERVER**   DATE: **01/08/2008  01:53PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

TEICHER ORGANIZATION AT PINECREST LAKE, LLC.

Place where served:

758 STATE HWY. 18, SUITE 103   EAST BRUNSWICK TWP. NJ 08816

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

KATHY BERARDI

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: F__ AGE: 21-35__ HEIGHT: 5'4"-5'8"__ WEIGHT: 131-160 LBS.__ SKIN: WHITE__ HAIR: BLONDE__ OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.___   SERVICES $ ____.___   TOTAL $ ____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 01 / 08 / 20 08

_____ L.S.
SIGNATURE OF GEORGE GENCARELLI
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

01-08-08

JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

ATTORNEY: MICHAEL R. WOOD, ESQ.
PLAINTIFF: MOUNTAIN RIDGE DEVELOPMENT, LLC., ET AL
DEFENDANT: STEVENSON MILLWORK, INC.,E T AL
VENUE: DISTRICT OF NY
DOCKET: 07 CV 11503

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|

SERVICE OF: **THIRD PARTY SUMMONS, THIRD PARTY COMPLAINT, S.D. OF NY'S PROCEDURES FOR ELECTRONIC CASE FILING, GUIDELINES FOR ELECTRONIC CASE FILING, 3RD AMENDED INSTRUCTIONS FOR FILING AND ELECTRONIC CASE OR APPEAL URLES OF PRACTICE BEFORE JUDGE KENNETH M. KARAS**

EFFECTED (1) BY ME: **GEORGE GENCARELLI**
TITLE: **PROCESS SERVER**                              DATE: **01/09/2008   03:45PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

NORMA TEICHER

Place where served:

758 STATE HWY. 18 SUITE 103  EAST BRUNSWICK TWP. NJ 08816

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

NORMA TEICHER

Relationship to defendant: SELF

Description of person accepting service:

SEX: F   AGE: 51-65   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: RED   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___         SERVICES $ _____.___         TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 1/9/20 08

_____ L.S.
SIGNATURE OF GEORGE GENCARELLI
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

1/9/08

ZULEYDA CONCEPCION
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Oct. 2, 2011

ATTORNEY: MICHAEL R. WOOD, ESQ.
PLAINTIFF: MOUNTAIN RIDGE DEVELOPMENT, LLC., ET AL
DEFENDANT: STEVENSON MILLWORK, INC., E T AL
VENUE: DISTRICT OF NY
DOCKET: 07 CV 11503

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.