## WELBY, BRADY & GREENBLATT, LLP
ATTORNEYS AT LAW
WESTCHESTER FINANCIAL CENTER
11 MARTINE AVENUE
WHITE PLAINS, NEW YORK 10606
TEL: (914) 428-2100
FAX: (914) 428-2172
www.wbgllp.com

GERARD P. BRADY*
ANTHONY P. CARLUCCI, JR.*
MICHAEL E. GREENBLATT*+×△
ALEXANDER A. MIUCCIO
PAUL G. RYAN*+
ALAN SINGER
THOMAS S. TRIPODIANOS
THOMAS H. WELBY+

MICHAEL I. SILVERSTEIN
NICHOLAS A. CARRE
ADAM W. DOWNS*+
MARK CERMELE+
S. DEAN KIM+
MICHAEL R. WOOD

*ALSO ADMITTED IN NEW JERSEY
+ALSO ADMITTED IN CONNECTICUT
×ALSO ADMITTED IN MASSACHUSETTS
△ALSO ADMITTED IN PENNSYLVANIA

OF COUNSEL:
LESTER GULITZ
GEOFFREY S. POPE*×
ROBERT G. CORKE
DONNA M. BRADY*
JOHN J.P. KROL

NEW JERSEY OFFICE
123 NORTH UNION AVENUE
SUITE 103
CRANFORD, NEW JERSEY 07016
(908) 272-7870
(908) 272-2656 (FAX)

CONNECTICUT OFFICE
ONE LANDMARK SQUARE
FIFTH FLOOR
STAMFORD, CONNECTICUT 06901
(203) 363-0081
(203) 363-0071 (FAX)

May 30, 2007

**VIA ECF ONLY**
Honorable Kenneth M. Karas
United States District Court
United States District Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601

    Re:    Mountain Ridge Development, LLC, *et al.*
            v.
          Stevenson Millwork, Inc., *et al., etc.*
          Case No. 07-civ-11503(KMK)
          Stevenson - Jarmison
          File No. 753.149

Dear Judge Karas:

This firm represents Stevenson Millwork, Inc., Stevenson Lumber Company-Newburgh, Inc. and Truss-Tech, Inc. (together, "Stevenson"), defendants and third-party plaintiffs in the above-referenced action.

I am writing to follow up on the conference had before your Honor on May 19, 2008. As was mentioned at that time Stevenson has recently begun evaluating different means to cease business operations and wind-down its affairs. As a result it was unclear whether this firm would continue to represent the defendants.

All issues relative to this firm's representation have been resolved and we shall continue to represent the defendants.

Should you have any questions, please contact the undersigned. Thank you for your attention to this matter.

                                  Respectfully submitted,

                                  Thomas S. Tripodianos